**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 27 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30092 |
| Plaintiff-Appellee, | D.C. No. 1:16-cr-00044-SPW |
| v. | |
| PETER JOHN JEFFERSON, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted October 23, 2017**

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

Peter John Jefferson appeals from the district court's judgment and

challenges the sentence of time served and ten years of supervised release imposed

following his guilty-plea conviction for abusive sexual contact with a minor, in

violation of 18 U.S.C. §§ 1153(a), 2244(a)(3). Pursuant to *Anders v. California*,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Jefferson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jefferson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motions to file late supplemental excerpts of record and to withdraw are **GRANTED.** The Clerk shall file the supplemental excerpts of record submitted at Docket Entry No. 11.

**AFFIRMED.**